AO 245D (CASD Rev. 1/19) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 15 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Revocation of Probation or Supervised Release) |
| Jorge RODRIGUEZ-CUERVO | (For Offenses Committed On or After November 1, 1987) |
| aka Jorge Alberto RODRIGUEZ-CUERVO | Case Number:  3:24-CR-10094-AGS |
| | Stephen D Lemish, CJA |
| | Defendant's Attorney |

**REGISTRATION NO.**   92731-510

☐

THE DEFENDANT:

☒ admitted guilt to violation of allegation(s) No.   ONE AND TWO

☐ was found guilty in violation of allegation(s) No.   _____   after denial of guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME |
| 2 | MUST NOT RE-ENTER THE UNITED STATES WITHOUT LEGAL AUTHORIZATION |

  Supervised Release is revoked and the defendant is sentenced as provided in page 2 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 15, 2024
Date of Imposition of Sentence

*/s/ signature/*

Hon. ANDREW G. SCHOPLER
United States District Judge

| DEFENDANT: | Jorge RODRIGUEZ-CUERVO | Judgment - Page **2** of **2** |
|---|---|---|
| CASE NUMBER: | 3:24-CR-10094-AGS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
6 MONTHS (2 MONTHS TO RUN CONSECUTIVE + 4 MONTHS TO RUN CONCURRENT TO THE SENTENCE IMPOSED IN 24-CR-1093-AGS)

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ A.M. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ on or before
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

3:24-CR-10094-AGS